UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 09-15332-EPK
CHAPTER 13

IN RE:

JOSEPH LLEWELLYN WORRELL

Debtor(s).

## MOTION TO REINSTATE CHAPTER 13 CASE AND MOTION FOR STAY OF PROCEEDINGS

COMES NOW, Debtor, JOSEPH LLEWELLYN WORRELL, by and through the undersigned counsel, and files these motions to reinstate and for stay of proceedings and states:

(1)   A Chapter 13 voluntary petition was filed 03/26/2009.

(2)   An application for stay of proceedings was filed on 04/10/2009 [DE 14].

(3)   The application for stay of proceeding was "denied without prejudice to the debtor re-filing an application that includes the materials required by the statute," pursuant to the Order entered 05/14/2009 [DE 25].

(4)   The debtor hereby re-files this application to include the materials required by the statute and as set forth in the Order.

(5)   Pursuant to the Servicemembers' Civil Relief Act 50 U.S.C. App. §§ 202 *et seq.* (the "SCRA").

> The SCRA provides, in pertinent part:
>
> (b) STAY OF PROCEEDINGS-
> (1) AUTHORITY FOR STAY- At any stage before final judgment in a civil action or proceeding in which a servicemember described in subsection (a) is a party, the court may on its own motion and shall, upon application by the servicemember, stay the action for a period of not less than 90 days, if the conditions in paragraph (2) are met.
> (2) CONDITIONS FOR STAY- An application for a stay under paragraph (1) shall include the following:
> (A) A letter or other communication setting forth facts stating the manner in which current military duty requirements materially affect the servicemember's ability to appear and stating a date when the servicemember will be available to appear.

(B) A letter or other communication from the servicemember's commanding officer stating that the servicemember's current military duty prevents appearance and that military leave is not authorized for the servicemember at the time of the letter.

(6) Attached as exhibit "A" please find a letter from debtor setting forth facts stating the manner in which current military duty requirements materially affect the debtor's/servicemember's ability to appear and stating a date when the servicemember will be available to appear.

(7) Attached as exhibit "B" please find a letter from the debtor's/servicemember's commanding officer stating that the servicemember's current military duty prevents appearance and that military leave is not authorized for the servicemember at the time of the letter.

(8) The attached documents meet the condition for a stay of these proceedings.

(9) The debtor is currently deployed on active duty and was so deployed on 07/01/2009 when this case was dismissed pursuant to Court Order [DE 28].

(10) The decision of this Court will affect proceedings in the Palm Beach County Circuit Court, case # 2007CA019114AW.

(11) The debtor's residence is scheduled to be sold on 08/31/2009.

(12) An expedited hearing is necessary in order to protect the interest of the debtor.

**WHEREFORE**, Debtor, JOSEPH LLEWELLYN WORRELL, respectfully requests this Court grant his Motions for reinstatement of this case and a stay of proceedings.

Nelson A. Hunter
Florida Bar No. 0674801
PO Box 213368
Royal Palm Beach, Florida 33421
Tel: (561) 909-7622
Fax: (561) 793-1492
Attorney for JOSEPH LLEWELLYN WORRELL

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Case No.:09-15332  
Debtor / Joseph L. Worrell

Chapter: 13

**PETITIONER'S SECOND LETTER AND <u>REQUEST FOR STAY</u> PERSUANT TO 50 USC 501 ET. SEQ. (SCRA) DUE TO MILITARY DEPLOYMENT ORDERS, AND ACTIVE DUTY MILITARY OBLIGATIONS**

**THE UNDERSIGN HEREBY files an additional request for this honorable court to enter a suitable STAY of proceedings in this matter as provided within applicable federal law** and sets forth facts in support of this request as follows:

I. Petitioner has filed a chapter 13 case in this court as referenced by the above cited case number.

II. **The automatic stay governing creditors was thereafter not observed <u>and willfully violated by Emigrant Bank</u>**, the primary creditor in this matter.

III. An adverse judgment dismissing the petition and citing petitioner's inability to appear while on active duty, subject to federal military orders and protections of SCRA was entered on or about 6 July 2009.

IV. When issued military orders for mobilization or deployment, petitioner Service-member is require by law, to set aside personal affairs and devote all time and effort necessary to focus on the military mission and assignment. Therefore, to satisfy military obligations and protect the security, safety, and wellbeing of assignment, unit and military orders, petitioner has devoted all necessary attention to meeting his military obligation as legally required.

V. In additional to copies of military orders timely filed previously by petitioner, attached hereto is a letter from petitioner commanding officer which sets forth material effect, a time after which my military assignment is likely to end, and my expected demobilization date. I believe and anticipate my release from current military orders will like be about the end of April 2010. I will make every effort to appear for any hearings required by this honorable court in this matter as soon as possible after my release from active duty military service, or as required by federal law.

Wherefore, petitioner respectfully seeks all available procedural stays and protections available from this court under applicable federal and state laws of the United States.

*EXHIBIT A*

Respectfully Submitted,

*[signature]*

Joseph L. Worrell

Petitioner / Debtor / Service-member

joworr@yahoo.com

Joseph.l.Worrell@kuwait.swa.army.mil

CERTIFCATION:

I hereby further certify that legal service and notice of this filing shall be furnished to all parties of interest to this matter.

*[signature]*

Joseph L. Worrell



**DEPARTMENT OF THE NAVY**
NAVY EXPEDITIONARY LOGISTICS SUPPORT
GROUP FORWARD
APO AE 09366

IN REPLY REFER TO
5822
Ser S1/735
18 Jul 09

US Bankruptcy Court
Flagler Waterview Bldg.
1515 North Flager Drive, 8th Floor
West Palm Beach, FL 33401

Dear Honorable Judge:

My name is Jim Sills, Captain, U.S. Navy and I am the Commanding Officer of Navy Expeditionary Support Group, Forward Juliet. I am writing on behalf of one of my sailors, Joseph L. Worrel, Information Technician Second Class (IT2), United States Navy.

IT2 Worrel is deployed with my battalion to the Persian Gulf to take part in the Global War On Terrorism. I am not at liberty to disclose his departure date or location; however, he will remain out of country prior to your scheduled hearing and will not be re-deployed until the spring of 2010. Due to the sensitive nature of deployment and the job he is doing while abroad, he is materially needed to ensure mission accomplishment and hence, will not be authorized military leave until the term of his deployment is met. Accordingly, pursuant to the Service Members' Civil Relief Act, 50 U.S.C. App. §§ 501-596, I respectfully request, on behalf of IT2 Worrel, a stay of the proceeding until he is able to appear for these proceedings upon his return.

I am prepared to answer any questions you may have. You may also reach my Staff Judge Advocate, Lieutenant Commander Tri Nhan regarding the content of this letter. He can be reached at Tri.H.Nhan@Kuwait.swa.army.mil.

J. R. Sills

EXHIBIT B

ShowOrders

Page 1 of 9

**ORIGINAL**

```
PAAUZYUW RUCCBWF0001 0710046-UUUU--RHMCSUU.
ZNR UUUUU
P 120046Z MAR 09 ZYB
FM COMNAVPERSCOM MILLINGTON TN RESERVE ORDERS ONE
    //PERS4G//
TO NAVOPSPTCEN WEST PALM BEACH FL//N1/OSO//
PERSUPP DET JACKSONVILLE FL//JJJ//
COMNAVREG MIDLANT NORFOLK VA//N1/OSO//
PERSUPP DET NAVSTA NORFOLK VA//JJJ//
COMNAVELSG WILLIAMSBURG VA//N1/OSO//
PERSUPP DET LITTLE CREEK VA//JJJ//
INFO CNO WASHINGTON DC//N122F/N123/N312/N951/MOBCELL//
COMUSFLTFORCOM NORFOLK VA//N02R/N1/N14/N3/N34//34//
COMPACFLT PEARL HARBOR HI//N01RL1//
COMUSNAVCENT//N1/OSO//
COMNAVPERSCOM MILLINGTON TN//PERS02/PERS45/PERS4G1//
COMNAVRESFOR NEW ORLEANS LA//N02R/N1/N12/N14/N3/N34/N7/MOBCTR//
COMNAVAIRFORES SAN DIEGO CA//N00/N1/N2/N3/N5/N9//
COMNAVRESFORCOM NEW ORLEANS LA//N00/N1/N3/N5//
ECRC LITTLE CREEK VA//N3//
NAVRESREDCOM SE JACKSONVILLE FL//N00/N1/N3/N5//
NAVRESREDCOM NORTHWEST EVERETT WA//N00/N1/N3/N5//
COMNAVSPECWARGRU ELEVEN//JJJ//
NAVIOCOM FT GEORGE G MEADE MD//OSO//
BT
UNCLAS
MSGID/GENADMIN/COMNAVPERSCOM MILLINGTON TN RESERVE ORDERS ONE//
SUBJ/BUPERS MOBILIZATION ORDER: 0719 XXX-XX-1975
RMKS/
        OFFICIAL RECALL TO ACTIVE DUTY ORDERS FOR
        IT2 WORRELL JOSEPH LLEWELLYN, USNR, XXX-XX-1975
        13993 CALOOSA BLVD
        PALM BEACH GARDENS FL  334180000

REF:    (A) SEC 12302, TITLE 10 USC
        (B) COMNAVRESFORCOM NEW ORLEANS LA 211500Z AUG 08
        (C) MOBILIZATION EVENT NBR: 2079
        (D) OPNAVINST 3060.7B
        (E) CURRENT CNO N1 POLICY AND GUIDANCE FOR RECALL OF
            RESERVISTS UNDER PARTIAL MOBILIZATION AUTHORITY,
            CNO N1 MSG DTG 272246Z MAR 02.
        (F) ASSISTANT SECRETARY OF DEFENSE (RESERVE AFFAIRS)
            MEMORANDUM DATED 16 JUNE 2004 (SUBJ: ENHANCED HEALTH
            CARE BENEFITS FOR RESERVE COMPONENT MEMBERS AND THEIR
            DEPENDENTS
        (G) ASSISTANT SECRETARY OF DEFENSE (RESERVE AFFAIRS)
            MEMORANDUM DATED 15 MARCH 2007 (SUBJ: REVISED
            MOBILIZATION/DEMOBILIZATION PERSONNEL AND PAY POLICIES
            FOR RESERVE COMPONENT MEMBERS
        (H) JOINT FEDERAL TRAVEL REGULATIONS (JFTR)
```

*Handwritten annotations:*
NOSC WEST PALM BEACH, FL
REPORTED: 0800 21 MAY 09
DEPARTED: 1600 21 MAY 09
NO GOV'T BERTHING/MESSING AVAILABLE
YN1(SW) FICKLIN, USNR(FTS)

NMPS NORFOLK VA
Reported date 26 MAY 09
Departed date _____
P.B. CROSSON
By direction

**ORIGINAL**