Form CGFCRD3C   (9/19/08)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 09–15332–EPK

Chapter: 13

In re:

Joseph LLewellyn Worrell
aka Joey Worrell
13993 Caloosa Blvd
Palm Beach Gardens, FL 33418

SSN: xxx–xx–1975

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **August 27, 2009** at **10:30 AM,** at the following location:

**Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom B, West Palm Beach, FL 33401**

to consider the following:

**Motion To Stay of Proceedings (Re: [28] Order Dismissing Case) , Motion to Vacate Dismissal (Re: [28] Order Dismissing Case) [13cal] Filed by Debtor Joseph LLewellyn Worrell. (30)**

**THIS MATTER HAS BEEN SCHEDULED FOR A TEN MINUTE HEARING. IF YOU REQUIRE MORE TIME YOU MUST CONTACT THE COURTROOM DEPUTY IMMEDIATELY FOR A SPECIAL SETTING.**
**This matter has not been scheduled as an evidentiary hearing.** If you require an evidentiary hearing, the currently scheduled hearing will be treated as a preliminary hearing. Contact the courtroom deputy, to schedule a final evidentiary hearing.

**THE MOVANT, (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon. All moving or objecting parties shall bring to the hearing proposed orders, sustaining their respective positions.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072–2.**

**Dated:** 8/18/09                                                              **CLERK OF COURT**
                                                                                 By: Cindy Klopp
                                                                                 Courtroom Deputy

# CERTIFICATE OF NOTICE

```
District/off: 113C-9          User: kloppc           Page 1 of 1           Date Rcvd: Aug 18, 2009
Case: 09-15332                Form ID: CGFCRD3C      Total Noticed: 1
```

The following entities were noticed by first class mail on Aug 20, 2009.
aty          +Nelson A Hunter,   POB 213368,   Royal Palm Beach, FL 33421-3368

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 20, 2009**                    **Signature:**      *Joseph Speetjens*