

**ORDERED in the Southern District of Florida on September 01, 2009.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

In re:

                                                                 **CASE NO.: 09-15332-EPK**

**JOSEPH LLEWELLYN WORRELL**           **Chapter 13**
**aka JOEY WORRELL,**

     **Debtor.**
_____/

### ORDER GRANTING DEBTOR'S MOTION TO REINSTATE
### CHAPTER 13 CASE AND MOTION FOR STAY OF PROCEEDINGS

       THIS MATTER came before the Court for hearing on August 27, 2009 upon the *Motion to Reinstate Chapter 13 Case and Motion for Stay of Proceedings* (the "Motion") [DE 30] filed by Joseph Llewellyn Worrell, aka Joey Worrell (the "Debtor").

       The Debtor requests a stay of all proceedings in the above-captioned bankruptcy case pursuant to the Servicemembers Civil Relief Act (the "SCRA"), 50 U.S.C. app. §§ 522(b) and (d).  The SCRA mandates a stay of any civil action in which a party is in military service or is

1

within 90 days after termination of or release from military service, so long as the servicemember provides the court with the two documents enumerated in the statute. 50 U.S.C. app. §§ 522(a), 522(b)(2). The purposes of the SCRA are "(1) to provide for, strengthen, and expedite the national defense through protection extended by this Act to servicemembers of the United States to enable such persons to devote their entire energy to the defense needs of the Nation; and (2) to provide for the temporary suspension of judicial and administrative proceedings and transactions that may adversely affect the civil rights of servicemembers during their military service." 50 U.S.C. app. § 502.

For the reasons stated on the record, and with the Court being otherwise fully advised in premises, it is ORDERED AND ADJUDGED as follows:

1)    The Motion [DE 30] is GRANTED.

2)    This Court's *Order Dismissing Case for Failure to Make Pre-Confirmation Plan Payments and for Failure to Appear at the Section 341 Meeting of Creditors* [DE 28] is VACATED and this case is REINSTATED.

3)    Pursuant to 50 U.S.C. app. §§ 522(b) and (d), the above-styled bankruptcy case, and all proceedings therein, are STAYED until **April 30, 2010.**

4)    The Debtor shall inform the Court if he returns from his deployment before April 30, 2010.

5)    Objections to this Order may be filed with the Court within ten (10) days of the date of entry of this Order, at which time the Court shall set a hearing on said objection(s).

###

Copies Furnished To:

2

Joseph LLewellyn Worrell
13993 Caloosa Blvd
Palm Beach Gardens, FL 33418

Nelson A Hunter, Esq.
POB 213368
Royal Palm Beach, FL 33421

Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

AUST

*Nelson A. Hunter, Esq. shall serve a conformed copy of this order on all interested parties and file a Certificate of Service of the same.*

# CERTIFICATE OF NOTICE

```
District/off: 113C-9          User: fleurimon          Page 1 of 1              Date Rcvd: Sep 01, 2009
Case: 09-15332               Form ID: pdf004          Total Noticed: 3

The following entities were noticed by first class mail on Sep 03, 2009.
db         +Joseph LLewellyn Worrell,   13993 Caloosa Blvd,   Palm Beach Gardens, FL 33418-8654
86868889   +Emigrant Mortgage Co,   PO Box 342,   New York NY 10163-0342
87084722    Florida Department of Revenue,   Post Office Box 6668,   Tallahassee, Florida  32314-6668

The following entities were noticed by electronic transmission.
NONE.                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 03, 2009**                    **Signature:**   _Joseph Speetjens_