**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

| | |
|---|---|
| JOSEPH LLEWELLYN WORRELL | Case No. 09-15332-EPK |
| Debtor | Chapter 13 |
| Address:   13993 Caloosa Blvd. | |
|           Palm Beach gardens, FL 33418 | |

Last 4 of SSN: xxx-xx-1975

_____/


**CERTIFICATE OF SERVICE**
**ORDER GRANTING DEBTOR'S MOTION TO REINSTATE CHAPTER 13 CASE**
**AND MOTION FOR STAY OF PROCEEDINGS**


**I HEREBY CERTIFY** that a true and correct copy of Order Granting Debtor's Motion to Reinstate Chapter 13 Case and Motion for Stay of Proceedings has been furnished by U.S. mail on September 3, 2009 to:

Florida Department of Revenue
P.O. Box 6668
Bankruptcy Division
Tallahassee, FL 32314-6668

Emigrant Mortgage Company, Inc.
P.O. Box 342
New York, NY 10163-0342

Emigrant Mortgage Company, Inc.
c/o Steven M. Davis, Esq.
Becker & Poliakoff, P.A.
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134

Robin R. Weiner
P.O. Box 559007
Fort Lauderdale, FL 33355-9007

Office of the US Trustee
51 S.W. 1st Avenue
Suite 1204
Miami, FL 33130-1614

LF-46 (rev. 06/02/08)

                        NELSON A. HUNTER
                        Attorney for Debtor
                        P.O. Box 213368
                        Royal Palm Beach, FL 33421
                        Phone: (561) 909-7622 Fax: (561) 793-1492
                        E-mail: hunterlaw13@gmail.com

                     /s/NelsonA.Hunter
                      Nelson A. Hunter
                      Fla. Bar No. 0674801

Dated: 09/04/2009

LF-46 (rev. 06/02/08)