United States Bankruptcy Court
Southern District of Florida

In re:                                                      Case No. 09-15332-EPK
Joseph Llewellyn Worrell                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-9          User: kloppc           Page 1 of 1              Date Rcvd: Apr 04, 2011
                             Form ID: CGFCRD3C       Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2011.
db           +Joseph Llewellyn Worrell,   13993 Caloosa Blvd,   Palm Beach Gardens, FL 33418-8654
smg           Florida Department of Revenue,   POB 6668,   Bankruptcy Division,   Tallahassee, FL  32314-6668
cr           +Emigrant Mortgage Company,   Becker & Poliakoff, P.A.,   c/o Aleida Martinez Molina, Esq.,
              121 Alhambra Plaza, 10th Floor,   Coral Gables, FL 33134-4540
88369721     +Becker & Poliakoff, P.A.,   c/o Lisa M. Castellano, Esq.,   311 Park Place Blvd.,   Suite 250,
              Clearwater, FL 33759-3977
86868889     +Emigrant Mortgage Co,   PO Box 342,   New York NY 10163-0342
88372867     +Emigrant Mortgage Company,   Becker & Poliakoff, P.A.,   c/o Lisa M. Castellano, Esq.,
              311 Park Place Blvd.,   Suite 250,   Clearwater, FL 33759-3977
87084722      Florida Department of Revenue,   Post Office Box 6668,   Tallahassee, Florida  32314-6668

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 06, 2011**                    **Signature:**        *Joseph Speetjens*

Form CGFCRD3C (1/26/11)

# United States Bankruptcy Court
## Southern District of Florida
**www.flsb.uscourts.gov**

Case Number: 09–15332–EPK

Chapter: 13

**In re:**

Joseph Llewellyn Worrell
aka Joey Worrell
13993 Caloosa Blvd
Palm Beach Gardens, FL 33418

SSN: xxx–xx–1975

## NOTICE OF SPECIAL SETTING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **April 8, 2011** at **03:30 PM,** at the following location:

**Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom B, West Palm Beach, FL 33401**

to consider the following:

**(Motion to Reopen construed as a) Motion to Reconsider (Re: [76] Order Denying Motion to Reinstate Case) Filed by Debtor Joseph Llewellyn Worrell . (79)**

**THE MOVANT, (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072–2.**

**Dated: 4/4/11**

**CLERK OF COURT**
By: Cindy Klopp
Courtroom Deputy