

**ORDERED in the Southern District of Florida on December 18, 2015.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                          Case No. 09-15332-EPK

**JOSEPH LLEWELLYN WORRELL,**                Chapter 13

    Debtor.
_____/

### ORDER GRANTING IN PART MOTION TO RE-OPEN CASE

THIS MATTER came before the Court for hearing on December 16, 2015 upon the *Motion to Reopen Chapter 13 Case and for Adversary Proceedings* [ECF No. 88] (the "Motion") filed by Joseph Llewellyn Worrell (the "Debtor"). For the reasons stated on the record, and being otherwise fully advised in the premises, it is ORDERED as follows:

1. The Motion [ECF No. 88] is GRANTED IN PART as provided herein.

2. The above-captioned case is REOPENED solely so that the Debtor may file, no later than 30 days after entry of this Order, an appropriate pleading seeking relief against creditor Emigrant Mortgage Company for alleged violation of the automatic stay.

1

3. If the Debtor fails to file an appropriate and timely pleading as per paragraph 2, the above-captioned chapter 13 case shall be closed without further notice.

4. All other relief requested in the Motion is denied.

###

Copies furnished to:

All parties of record.